**DENIED and Opinion Filed August 28, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-23-00615-CV**
_____

**IN RE SHOUVIK BHATTACHARYYA, Relator**

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-13508**

## MEMORANDUM OPINION

Before Justices Reichek, Smith, and Kennedy
Opinion by Justice Kennedy

In his June 22, 2023 petition for writ of mandamus, relator seeks relief from three trial court orders that, in pertinent part, impose sanctions and compel him to respond to discovery requests.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relator's petition, real party's response, relator's reply, and the record before us, we conclude that relator has failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

We also deny relator's motion for leave to file a reply brief as moot.

We also lift the stay issued by this Court's June 23, 2023 Order and modified by this Court's July 6, 2023 Order.

/Nancy Kennedy/
NANCY KENNEDY
JUSTICE

230615F.P05